# PERKINSCOIe

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

O +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

February 24, 2020

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF AND EMAIL**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2.26.20

**Re:** *Dominguez, et al. v. Zumiez Inc.*, 1:19-cv-11186-JGK

Dear Judge Koeltl:

We represent the Defendant, Zumiez, Inc. ("Zumiez"), in the above-captioned case. Defendant Zumiez respectfully requests an extension of the time to answer or otherwise respond to the complaint filed in this action until April 6, 2020. The present date by which Zumiez is scheduled to respond to the complaint is March 2, 2020. We have conferred with counsel for Plaintiffs and counsel consents to this extension. One previous extension of time to respond to the complaint was requested and granted. No other scheduled dates will be affected should the Court grant this extension.

Respectfully submitted,

*/s/ Dennis Hopkins*
Dennis Hopkins

DH/

cc:   Bradly G. Marks (*counsel for Defendant Dominguez*)

APPLICATION GRANTED
SO ORDERED

2/25/20

John G. Koeltl, U.S.D.J.

Perkins Coie LLP