UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

YOVANNY DOMINGUEZ and on behalf of all
other persons similarly situated,

                Plaintiffs,        No. 1:19-cv-11186

      -against-

ZUMIEZ INC ,

                Defendant.
-----------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated:

| | |
|---|---|
| THE MARKS LAW FIRM, P.C. | PERKINS COIE LLP |
| By: _____ | By: _____ |
| Bradly G. Marks | Dennis Hopkins |
| 175 Varick Street, 3rd Floor | 1155 Avenue of the Americas, 22nd Floor |
| New York, New York 10014 | New York, NY 10036-2711 |
| (646) 770-3775 | (212) 262-6916 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |